# THE UNITED STATES DISTRICT
# FOR WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RON RAMMAGE, individually and on behalf of all other similarly situation;<br><br>    Plaintiff,<br> v.<br><br>RESURGENT CAPITAL SERVICES, L.P., and LVNV FUNDING, LLC;<br><br>    Defendants. | Case No. 2:22-cv-01577-JHC<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

After having considered the Stipulated Motion for Extension of Time to Respond to Complaint ("Motion") filed by Defendants RESURGENT CAPITAL SERVICES L.P., and LVNV FUNDING, LLC; ("Defendants"), and Plaintiff RON RAMMAGE ("Plaintiff");

The Court GRANTS the Motion.

IT IS HEREBY ORDERED that Defendants shall have up to and including January 5, 2023, to file their response to the Complaint.

ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT - 1
(Case No. 2:22-cv-01577-JHC)

IT IS SO ORDERED.

Dated: December 2, 2022.

*John H. Chun*

John H. Chun
United States District Judge

Submitted by:

/s/ Donald G. Grant
DONALD G. GRANT, OSB NO. 860417
Of Counsel for Defendants
TEL:   (360) 210-5000

ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT - 2
(Case No. 2:22-cv-01577-JHC)