UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RON RAMMAGE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES L.P.; and LVNV FUNDING LLC,<br><br>Defendants. | CASE NO. 2:22-cv-01577-JHC<br><br>ORDER |

This matter comes before the Court on Defendants' Motion to Compel Arbitration, Stay Individual Claims and Dismiss Class Claims. Dkt. # 11. Defendants are directed to file any and all documents they claim assign them the rights associated with Plaintiff's credit card account, along with a brief of no more than 2,100 words, by no later than 5 p.m., Monday, May 15, 2023. Plaintiff may file a response brief of no longer than 2,100 words by no later than 5 p.m., Friday, May 19, 2023.

Dated this 9th day of May, 2023.

John H. Chun
United States District Judge

ORDER - 1