| | |
|---|---|
| Robert Yusko<br>(Admitted *Pro Hac Vice*)<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Telephone: (201) 282-6500<br>E-Mail: ryusko@steinsakslegal.com | Judge John H. Chun |

*Counsel for Ron Rammage*

Michael Clark Brubaker
Brubaker Law Group PLLC
14506 Ne 184th Place
Woodinville, WA  98072
Telephone: (206) 335-8746
E-Mail: michael@brubakerlawgroup.com

*Local Counsel for Ron Rammage*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RON RAMMAGE,<br>    Plaintiff,<br><br>    vs.<br><br>RESURGENT CAPITAL SERVICES, LP<br>LVNV FUNDING LLC<br>    Defendants. | CASE NO. 2:22-cv-1577<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Ron Rammage ("Plaintiff"), by counsel, and Defendants, by counsel, hereby stipulate and agree that Plaintiff's cause against Resurgent Capital Services, LP and LVNV Funding, LLC should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Presented By,

*s/Robert Yusko*
Robert Yusko, Esq.
Stein Saks, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
Telephone: (201) 282-6500, Ext. 121
E-Mail: ryusko@steinsakslegal.com


Michael C. Brubaker, Esq.
Brubaker Law Group PLLC
14506 NE 184th Place
Woodinville, WA 98072
Telephone: (206) 335-8746
E-Mail: michael@brubakerlawgroup.com

*Counsel for Plaintiff Ron Rammage*


*s/Donald Gene Grant*
Donald Gene Grant
Donald G. Grant PS
2005 SE 192nd Ave Ste 200
Camas, WA 98607
Telephone:  (360) 210-5000
E-Mail: don@dongrantps.com

*Counsel for Defendants*

IT IS SO ORDERED.

Dated this 25th day of July, 2023.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE